■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SENNA SMITH, Appellant. [885 NYS2d 703]—Appeal from a judgment of the Monroe County Court (John R. Schwartz, A.J.), rendered April 3, 2006. The judgment convicted defendant, upon her plea of guilty, of criminal possession of a controlled substance in the fourth degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Memorandum: On appeal from a judgment convicting her upon her plea of guilty of criminal possession of a controlled substance in the fourth degree (Penal Law § 220.09 [1]), defendant contends that the search warrant application failed to set forth sufficient facts to justify the issuance of the warrant and thus that all evidence seized as a result of the search should have been suppressed. We reject that contention. County Court properly concluded that the warrant application set forth sufficient facts justifying the issuance of the warrant (*see People v Parris*, 83 NY2d 342 [1994]; *People v Flowers*, 59 AD3d 1141 [2009]). Present—Scudder, P.J., Hurlbutt, Martoche, Smith and Centra, JJ.